Argued October 28, affirmed November 5, petition for rehearing denied December 7, 1971, petition for review denied January 11, 1972

STATE OF OREGON, *Respondent, v.*
LEONA KRONBERG, *Appellant.*

489 P2d 1153

*Howard R. Lonergan,* Portland, argued the cause for appellant. With him on the brief was A. I. Bernstein, Portland.

*Thomas H. Denney,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and John W. Osburn, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and FOLEY and THORNTON, Judges.

PER CURIAM.

AFFIRMED. *State v. Drummond,* 6 Or App 558, 489 P2d 958 (1971) (decided October 19, 1971).